ANGEL RUIZ
SQSP/3H18L
SAN QVENTIN, CA 94974

FILED
DEC 17 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANGEL RUIZ,
         Plaintiff,
    V.
JUNIOR FORTUNE, et al.,
         Defendants

Case No. 1:20-CV-01100-EPG(PC)

REQUEST FOR APPOINTMENT OF COUNSEL PURSUANT TO GOVERNMENT CODE § 15421; P.C. §1240

I Request appointment of counsel, pursuant to Govn't Code §15421, P.C. §1240. I have no money to pay for counsel/attorney. I declare that I am the petitioner to the above-- referenced matter, that I am incarcerated at San Quentin State Prison, and that I am indigent an an unable to afford counsel. My total assets are $ 0 and my income is 0 per month.

I hereby request that counsel be appointed in this matter so that my interests may be protected by the professional asistence required. See Griffin v. Illinois (1956) 351 U.S. 12[76 S.Ct. 585;100 L.Ed.891]; Douglas v. California (1963) 372 U.S. 353[9 L.Ed.2d 811]; In re Henderson (1964) 61 Cal.2d 541[39 Cal.Rptr. 373].

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on Dec 2, 2020, at San Qeuntin, California.

RESPECTFULLY SUBMITTED

By _Angel Ruiz_
         Petitioner

(1)                                               Page 1 of 1.