ANGEL RUIZ
S.Q.S.P/3H18L
SAN QUENTIN, CA 94974

IN PRO-PER

FILED
DEC 17 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANGEL RUIZ,
    Plaintiff,

v.

JUNIOR FORTUNE, et al.,
    Defendants

Case No. 1:20-cv-01100-EPG (PC)

MOTION REQUESTING 60 DAY CONTINUANCE TO COMPLY WITH SCREENING ORDER

    Comes now, Angel Ruiz, respectfully requesting of the court a granting of a 60 day continuance to comply with the courts screening procedures.

    The request is supported by the following enumerated environmental constraints:

    ① The present COVID-19 "modified program"/lockdown continues to significantly limit access to the necessary documentation and resources.

(2) The assistance by fellow inmates in this matter has been compromised and I am severely limited in my knowledge of the court process.

(3) The requested document, "Government Complaint Form" is not readily available and currently requested by oneself from the legal library services via correspondence.

(4) I am currently seeking legal aid as the original submission in this matter was produced with the help of other individuals.

(5) The revisions to be made to present a cognizant argument and express case for which relief can be granted is significant.

So declared under penalty of perjury of the U.S. law this <u>Wednesday</u> day of <u>02</u> <u>December</u>

x <i>Angel Ruiz</i>

page 2

pg 2 of 2